CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

**FILED**

Feb 23 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  CR26-00077 MAG |
| Plaintiff, | VIOLATION: |
| v. | 36 C.F.R. § 1004.23(a)(1)—Operating a Motor Vehicle Under the Influence of Alcohol (Class B Misdemeanor) |
| JASON SMITH, | |
| Defendant. | SAN FRANCISCO VENUE |

I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE: (36 C.F.R. § 1004.23(a)(1)—Operating a Motor Vehicle Under the Influence of Alcohol)

On or about March 29, 2025, in the Northern District of California, within the federally-owned land administered by the Presidio Trust, the defendant,

JASON SMITH,

unlawfully and knowingly operated and was in actual physical control of a motor vehicle while under the influence of alcohol to a degree that rendered him incapable of safe operation, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(1), a Class B Misdemeanor.

DATED: February 20, 2026

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jean Fundakowski*
JEAN FUNDAKOWSKI
Assistant United States Attorney

INFORMATION